Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Fax: (702) 669-4501
Email:  kkichline@mgmresorts.com

*Attorney for Defendant*
*MGM Resorts International*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CADOLINO, an individual, | Case No.: 2:20-cv-00737-KJD-DJA |
| Plaintiff, | |
| vs. | |
| MGM RESORTS INTERNATIONAL, INC d/b/a MGM GRAND, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING IN RESPONSE TO PLAINTIFF'S COMPLAINT** |
| | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendant, MGM Resorts International d/b/a MGM Grand ("Defendant"), may have additional time within which to submit Defendant's responsive pleading in response to Plaintiff's Complaint (ECF No. 1), which is currently due on May 28, 2020, for 15 days, up to and including Friday, June 12, 2020.

///

///

///

This is the first stipulation for an extension of time to file Defendant's responsive pleading.

This Stipulation is made in good faith and not for purposes of delay.

DATED this 24th day of May, 2020.

DATED this 24th day of May, 2020.

HATFIELD & ASSOCIATES, LTD.

MGM RESORTS INTERNATIONAL

*/s/Trevor J. Hatfield*

Trevor J. Hatfield, Esq.
Nevada Bar No.: 7373
703 South Eighth Street
Las Vegas, NV 8101
Attorneys for Plaintiff

*/s/Kelly R. Kichline*

Kelly R. Kichline, Esq.
Nevada Bar No.: 10642
6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89119
Attorney for Defendant

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: ___May 26, 2020_____

2.