Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Fax: (702) 669-4501
Email:  kkichline@mgmresorts.com

*Attorney for Defendant*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CADOLINO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, INC d/b/a MGM GRAND, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00737-KJD-DJA<br><br>**STIPULATION AND ORDER TO CORRECT CAPTION** |

On April 23, 2020, Plaintiff Phillip Cadolino ("Plaintiff") filed his Complaint in the above-captioned action. Plaintiff identified the corporate defendant as "MGM RESORTS INTERNATIONAL, INC. D/B/A MGM GRAND."

The correct name of the defendant corporation in this action is "MGM Resorts International," which does not do business under the fictitious firm name "MGM Grand."  Therefore, pursuant Local Rule ("LR") IA 6-1, 6-2 and LR IA 7-1,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for MGM Resorts International, that "MGM Resorts International" will be substituted for "MGM Resorts International, Inc. d/b/a MGM Grand" for the purposes of this lawsuit.

As such, the caption in this suit shall be amended to identify the corporate defendant as "MGM Resorts International."

DATED this 24th day of May, 2020.

HATFIELD & ASSOCIATES, LTD.

*/s/Trevor J. Hatfield*_____
Trevor J. Hatfield, Esq.
Nevada Bar No.: 7373
703 South Eighth Street
Las Vegas, NV 8101
Attorneys for Plaintiff

DATED this 24th day of May, 2020.

MGM RESORTS INTERNATIONAL

*/s/Kelly R. Kichline*_____
Kelly R. Kichline, Esq.
Nevada Bar No.: 10642
6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89119
Attorney for Defendant

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___May 26, 2020_____