TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP CADOLINO, an individual,<br><br>             Plaintiffs,<br><br>  vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | CASE NO:  2:20-cv-00737-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>(First Request) |

   COMES NOW, Plaintiff PHILLIP CADOLINO (hereinafter, "Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and MGM RESORTS INTERNATIONAL, (hereinafter "Defendant"), by and through its attorney of record Kelly R. Kichline, Esq., and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF #11).

   This extension is requested due to Plaintiff's counsel having a need for additional time and Defendant has courteously granted this extension of time to file Plaintiff's response.

   This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of the time for the parties to respond to this motion.

///

///

1

Accordingly, Plaintiff's shall have up to and including July 10, 2020 to respond to Defendant's Motion to Dismiss Plaintiff's Complaint.

Dated this 26th day of June 2020.

HATFIELD & ASSOCIATES, LTD.

By: /s/ *Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, Nevada 89101
Tel.: (702) 388-4469 Tel.
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 26th day of June 2020.

MGM RESORTS INTERNATIONAL

By: */s/ Kelly R. Kichline*
Kelly R. Kichline, Esq. (SBN 10642)
6385 S. Rainbow Boulevard, Suite 500
Reno, Nevada 89118
Tel.: (775) 692-5651
Email:  kkichline@mgmresorts.com
*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 29, 2020  , 2020.

2